241276

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

Case Number: 01-1224 MJD/JGL Case Title: Buhrs Americas, Inc. v. Northwest Mailing Service, Inc.

**Affidavit of Movant**

I, Steven B. Nosek, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Floyd Babbitt, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Northwest Mailing Service in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature ____________ 79960 MN Attorney License # 7/17/01 Date

**Affidavit of Proposed Admittee**

I, Floyd Babbitt, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Floyd Babbitt
Type/Print Name

Signature ____________

7/12/01
Date

Attorney License Number: 00087122

Law Firm Name & Address: FagelHaber LLC
55 East Monroe Street - 40th Floor
Chicago, IL 60603

Telephone: ( ) 312-346-7500
312-580-2218 (Direct)

Motion Granted: ____________
For the Court: ~~Francis E. Dosal~~, Clerk

JUL 18 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.