IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Buhrs Americas, Inc.,

Plaintiff,

Civil Case No. 01-1224 MJD/JGL

vs.

Northwest Mailing Service, Inc.,

Defendant.

---

STIPULATION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND

---

The parties hereto, by and between their respective attorneys, do hereby stipulate agree and request leave of the Court for a 25-day extension of time for the Defendant to answer or otherwise respond to the Summons and Complaint mailed by the Plaintiff to the Defendant on June 11, 2001.

Dated: July 17, 2001.

FREDRIKSON & BYRON, P.A.

By [signature]
Jay M. Quam, No. 19529
Attorneys for Plaintiff
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 347-7000
Fax: (612) 347-7077

Dated: July 11, 2001.

[signature]
STEVEN B. NOSEK, No. 79960
Attorney for Defendant
701 Fourth Avenue South, Suite 300
Minneapolis, MN 55415
Telephone: (612) 333-2878
Fax: (612) 333-9220

JUL 23 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Buhrs Americas, Inc.,

Civil Case No. 01-1224-MJD/JGL

Plaintiff,

vs.

Northwest Mailing Service, Inc.,

Defendant.

---

ORDER FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE RESPOND

---

This matter came before the Court on the Motion of Defendant, Northwest Mailing Service, Inc., for an extension of time in which to answer a Summons and Complaint. The Motion was submitted, together with a Stipulation of Counsel, agreeing to an extension of time.

The Court being fully advised in the premises, now makes the following **ORDER:**

1. The Motion for an Extension of time is GRANTED.

Dated: Jul 7 23, 2001.

BY THE COURT:

Jonathan Lebedoff
United States Magistrate Judge

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500