UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1224 (MJD/JGL)

BUHRS AMERICAS, INC.,

Plaintiff,

v.

**PRETRIAL ORDER**

NORTHWEST MAILING SERVICE, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two to three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to February 1, 2002;

3. Plaintiff shall disclose all expert witnesses, including reports, by March 1, 2002, and Defendant shall disclose all expert witnesses, including reports, by April 1, 2002;

4. The period during which the parties may seek non-expert discovery shall be completed by June 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to July 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served, filed and heard, in accordance with the local rules, prior to September 1, 2002; and

7. This case will be considered "ready for trial" as of November 1, 2002.

DATED: October 24, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed OCT 25 2001
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________