UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1224 (MJD/JGL)

BUHRS AMERICAS, INC.,

Plaintiff,

v.

NORTHWEST MAILING SERVICE, INC.,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, through their undersigned attorneys, hereby stipulate that this action, including the counterclaims herein, shall be dismissed with prejudice and without costs to any party.

Dated: December 18, 2001

Jay M. Quam (#195297)
FREDRIKSON & BYRON, P.A.
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402
(612) 347-7062
Fax: (612) 347-7077

ATTORNEYS FOR BUHRS AMERICAS, INC.

Dated: December 12, 2001

Steven B. Nosek, Esq. (#79960)
701 Fourth Avenue South, Suite 300
Minneapolis, MN 55415

Floyd Babbitt, Esq.
FagelHaber, LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

ATTORNEYS FOR NORTHWEST MAILING SERVICE, INC.

FILED JAN 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 07 2001
DEPUTY CLERK

**ORDER**

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that this action, including the counterclaims herein, is hereby dismissed with prejudice and without costs to any party. Consistent with the Agreement of the parties, the Court shall retain jurisdiction to enforce the Settlement Agreement resolving this case.

LET JUDGMENT ENTER ACCORDINGLY.

Dated: 1-6-02

Michael J. Davis
United States District Judge

::ODMA\PCDOCS\FBDOCS1\2591344\1