# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

BUHRS AMERICAS, INC.,

Plaintiff,

Case No. Civil 01-1224 MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

NORTHWEST MAILING SERVICE, INC.

Defendant.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED that Upon the foregoing Stipulation, IT IS HEREBY ORDERED that this action, including the counterclaims herein, is hereby dismissed with prejudice and without costs to any party. Consistent with the Agreement of the parties, the Court shall retain jurisdiction to enforce the Settlement Agreement resolving this case.**

DATE: January 7, 2002

RICHARD SLETTEN , CLERK

E. Knoblauch

E. Knoblauch, Deputy Clerk